**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of October, two thousand twenty-one.

Before:     Rosemary S. Pooler,
                Steven J. Menashi,
                   *Circuit Judges,*
                Mary Kay Vyskocil,
                   *District Judge.*\*

_____

Dr. Rupert Green,

       Plaintiff - Appellant,

v.

Department of Education of the City of New York,
The United Federation of Teachers,

       Defendants - Appellees.

_____

**JUDGMENT**

Docket No. 20-3785

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 11/19/2021**

\*Judge Mary Kay Vyskocil, of the United States District Court for the Southern District of New York, sitting by designation.